UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

KELLY ROSS,

     Plaintiff,

v.                                                     No. 1:26-CV-137-H

JOY CAMPANELLI, et al.,

     Defendants.

**ORDER**

The United States Magistrate Judge issued Findings, Conclusions, and a Recommendation (FCR) that the plaintiff's motion for leave to proceed *in forma pauperis* (IFP) be denied, and that this case be dismissed with prejudice as duplicative and malicious. Dkt. No. 5. No objections were filed, and the plaintiff has taken no action in this case since March 26, 2026. *See* Dkt. Nos. 1–4.

Where no specific objections are filed within the 14-day period, the Court reviews the Magistrate Judge's findings, conclusions, and recommendations only for plain error. *Serrano v. Customs & Border Patrol, U.S. Customs & Border Prot.*, 975 F.3d 488, 502 (5th Cir. 2020). The District Court has reviewed the FCR for plain error. Finding none, the Court accepts and adopts the FCR. The plaintiff's claims against the defendants are dismissed with prejudice as duplicative and malicious, and the plaintiff's IFP application (Dkt. No. 4) is denied.

The FCR further notes that "Ross has filed at least *fifty* identical claims across the country." Dkt. No. 5 at 2. To that end, Judge Parker recommends that the plaintiff be warned "that if she persists in filing frivolous or baseless actions, or actions over which the Court lacks jurisdiction, the Court may impose monetary sanctions and bar her from filing

any future lawsuits." *Id.* at 4 (citing Fed. R. Civ. P. 11(b)(2), (c)(1)).  The Court agrees and hereby warns the plaintiff that her status as a pro se litigant "does not inoculate [her] from sanctions."  *Annamalai v. Moon Credit Corp.*, Civ. A. No. H-16-1277, 2017 WL 5646925, at *3 (S.D. Tex. Apr. 21, 2017).  Indeed, a pro se litigant "has no license to harass others, clog the judicial machinery with meritless litigation, and abuse already overloaded court dockets."  *Farguson v. MBank Hous., N.A.*, 808 F.2d 358, 359 (5th Cir. 1986).  To that end, "where monetary sanctions are ineffective in deterring vexatious filings," the Fifth Circuit has endorsed enjoining such filings.  *Id.* at 360.

Should the plaintiff continue to abuse the United States Courts (for what appears to be a personal grudge against a New York state judge), the Court will not hesitate to impose the appropriate sanctions.  The Court has determined that the plaintiff, being an experienced litigant (*see* Dkt. No. 5 at 2–3), requires no further warning.

So ordered on May 29, 2026.

_____
JAMES WESLEY HENDRIX
UNITED STATES DISTRICT JUDGE